UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEST BRANDS CONSUMER PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> PUBLIC HEALTH AND SAFETY ADVOCATES, LLC, <br><br> Defendant. | Civil Action No. Case No. 22-cv-803-RA |

**CERTIFICATE OF SERVICE**

I, Lee A. Goldberg, hereby certify pursuant to 28 U.S.C. § 1746 that:

1. I am a member in good standing of the bar of this Court and I am counsel for the plaintiff, Best Brands Consumer Products Inc. ("Plaintiff"), in the above-captioned matter.

2. On May 27, 2022, my assistant, Sherika Sterling, served a copy of the court's memo endorsement (Dkt. 13) on counsel for Defendant, Kevin Leichter, by delivering the same to him by email to kleichter@theleichterfirm.com.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of May, 2022.

*/s/ Lee A. Goldberg*
Lee A. Goldberg