UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEST BRANDS CONSUMER PRODUCTS INC.,

                Plaintiff,

       v.

PUBLIC HEALTH AND SAFETY ADVOCATES, LLC,

                Defendant.

22-CV-803 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      At the conference held June 14, 2022, Defendant appeared and sought leave to file a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b) for lack of personal jurisdiction and improper venue. The Court granted Defendant's application and the parties agreed to the following briefing schedule:

- Any motion to dismiss shall be filed by June 27, 2022.
- Plaintiff's opposition shall be filed by July 7, 2022.
- Defendant's reply shall be filed by July 14, 2022.

This case will be stayed pending resolution of Defendant's motion to dismiss.

SO ORDERED.

Dated:    June 15, 2022
            New York, New York

                                                      RONNIE ABRAMS
                                                      United States District Judge