

November 4, 2022

**Via ECF**
Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

  Re: *Best Brands Consumer Products Inc. v. PHSA, LLC*
    Case No. 22-cv-803

Dear Judge Abrams:

  We represent Best Brands Consumer Products Inc. ("Best Brands") in the above matter. We write to inform the Court that it is our understanding that the parties have reached a settlement in principle in this matter.

  In view thereof, we respectfully request that this matter be stayed for 30 days while the parties work out the details of the settlement agreement.

  We thank the Court for its attention to this matter.

               Respectfully submitted,

               */s/ Lee A. Goldberg*

               Lee A. Goldberg

cc:  Counsel of PHSA (via ECF)