

December 6, 2022

**Via ECF**
Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

   Re: *Best Brands Consumer Products Inc. v. PHSA, LLC*
     Case No. 22-cv-803

Dear Judge Abrams:

  We represent Best Brands Consumer Products Inc. ("Best Brands") in the above matter. On November 4, 2022, we wrote to inform the Court that the parties have reached a settlement in principle in this matter. Dkt. 23  Accordingly, we respectfully requested that this matter be stayed for 30 days while the parties worked out the details of the settlement agreement. In view thereof, on November 7, 2022, the Court Ordered that the action be discontinued, and that the parties had 30 days to restore the action to the Court's docket. Dkt. 24

  Although the parties have been working diligently to finalize the settlement agreement, it does not appear that it will be fully reviewed and executed by December 7, 2022 (i.e., 30 days from the issuance of the Court's Order). As such, we respectfully request a further 30 days (i.e., until January 7, 2023) to ensure that the settlement agreement is finalized, and to avoid the need to prematurely restore the action to the Court's docket

  We thank the Court for its attention to this matter.

                Respectfully submitted,

                */s/ Lee A. Goldberg*

                Lee A. Goldberg

cc: Counsel of PHSA (via ECF)